1

2

3

4

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2021

SEAN F. McAVOY, CLERK

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,          No. 1:18-PO-08041-MKD

8                    Plaintiff,          ORDER GRANTING
                                         DEFENDANT'S MOTION TO
9    vs.                                 MODIFY CONDITIONS OF
                                         RELEASE AND GRANTING
10   BRANDON J DISCH,                    DEFENDANT'S MOTION TO
                                         EXPEDITE
11                    Defendant.
                                         **ECF Nos. 105, 106**
12

13          Before the Court are Defendant's Unopposed Motion to Modify

14   Conditions of Release (ECF No. 105) and related Motion to Expedite (ECF No.

15   106).  Neither the United States, nor the United States Probation/Pretrial

16   Services Office oppose the Motion.  Specifically, Defendant requests that the

17   Court allow him to spend Mother's Day weekend at his mother's house in Pasco,

18   WA, and to modify Special Condition 2 to permit him to reside there from May

19   7, 2021 to May 10, 2021 (ECF No. 105).  For the reasons set forth in the Motion;

20

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS
OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE - 1

**IT IS HEREBY ORDERED:**

1.      Defendant's Motion to Expedite (**ECF No. 106**) is **GRANTED**.

2.      Defendant's Unopposed Motion to Modify Conditions of Release (**ECF No. 105**) is **GRANTED**.

3.      Special Condition No. 2 (**ECF No. 103**), which mandated Defendant participate in a program of GPS home confinement, shall be **MODIFIED** for the specified time period to allow Defendant to reside with his mother.

4.      All other conditions of release shall remain in effect.

DATED May 5, 2021

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE - 2